**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  1:23-cv-01021-AJT-WEF |
| FIVE GUYS OPERATIONS, LLC, | ) ) | |
| Defendant. | ) ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

NOW COMES Plaintiff, HARTFORD FIRE INSURANCE COMPANY ("Hartford") by its attorneys, Peter M. Moore of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action in its entirety with each party to bear its own costs and respective attorney's fees.

Respectfully Submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: */s/ Peter M. Moore*

Peter M. Moore, VSB# 82444
8444 Westpark Drive, Suite 510
McLean, VA 22101
(703) 245-9300
(703) 245-9301 (fax)
Peter.Moore@wilsonelser.com
*Attorneys for Hartford Fire Insurance*
*Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2023, I caused to be filed electronically filed the foregoing document(s) with the Clerk of the U.S. District Court for the Eastern District of Virginia using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Peter M. Moore*
     Peter M. Moore, VSB# 82444
     WILSON ELSER MOSKOWITZ
     EDELMAN & DICKER LLP
     8444 Westpark Drive, Suite 510
     McLean, VA 22101
     (703) 245-9300
     (703) 245-9301 (fax)
     Peter.Moore@wilsonelser.com
     *Attorneys for Hartford Fire Insurance*
     *Company*

288229334v.1