UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  1:23-cv-01021-AJT-WEF |
| FIVE GUYS OPERATIONS, LLC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, HARTFORD FIRE INSURANCE COMPANY ("Hartford") by its attorneys, Peter M. Moore of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action in its entirety with each party to bear its own costs and respective attorney's fees.

Respectfully Submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: */s/ Peter M. Moore*
    Peter M. Moore, VSB# 82444
    8444 Westpark Drive, Suite 510
    McLean, VA 22101
    (703) 245-9300
    (703) 245-9301 (fax)
    Peter.Moore@wilsonelser.com
    *Attorneys for Hartford Fire Insurance Company*

So Ordered

Anthony J. Trenga    10/18/2023
Senior U.S. District Judge

288229334v.1